**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Judge John L. Kane

| | |
|---|---|
| Civil Action No.  06-cv-02428-AP | ) |
| | ) |
| In re: | ) |
| | ) |
| MILE HIGH CAPITAL GROUP, LTD. | ) |
| | ) |
| Debtor. | ) |
| | ) |
| RODGER DASHOW, | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| JOHN C. SMILEY, | ) |
| | ) |
| Trustee, Appellee. | ) |

## ORDER FOR JUDICIAL NOTICE

THIS MATTER, having come before the Court upon Appellant's Motion For Judicial Notice of a State Court Order relevant to the issues on appeal, and proper grounds for such relief appearing in the premises;

IT IS HEREBY ORDERED that this Court take judicial notice of the Order for Preliminary Injunction, Non-Destruction Of Records, And To Freeze Certain Assets entered on March 22, 2006 in *Joseph v. Replacement Property Solutions, Inc.*, et al, Case No. 06-cv-2167 before the District Court for the City and County of Denver, State of Colorado.

Done and signed this 9th day of February, 2007.

BY THE COURT:

*s/John L. Kane*
UNITED STATES DISTRICT JUDGE